# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2019

SEAN F. McAVOY, CLERK

JOSE F. D.,

)
)

*Plaintiff*

)

v.

)

COMMISSIONER OF SOCIAL SECURITY,

)
)

Civil Action No.   1:18-CV-03191-FVS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Stipulated Motion for Remand (ECF No. 14) is GRANTED.
Plaintiff's Motion for Summary Judgment (ECF No. 10) is DENIED as moot.
Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   ROSANNA MALOUF PETERSON _____  on a Stipulated Motion for
Remand (ECF No. 14).

Date:  05/14/2019 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Allison Yates _____

*(By) Deputy Clerk*

Allison Yates _____